ACCEPTED
03-14-00027-CV
4509948
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 12:34:18 PM
JEFFREY D. KYLE
CLERK



# Rosemary Lehmberg ✶ Travis County District Attorney

P.O. Box 1748  Austin, Texas  78767 • Telephone: 512-854-9400 • Fax: 512-854-9695

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/16/2015 12:34:18 PM

JEFFREY D. KYLE
Clerk

March 16, 2015

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547, Capitol Station
Austin, Texas   78711

Re:     Court of Appeals Number: 03-14-00027-CV
        Trial Court Cause Number: J-31,485
        Styled: In the Matter of J.M.

Dear Mr. Kyle:

This is to acknowledge receipt of your notice, dated March 12, 2015, that the above-referenced cause has been set for oral argument on Wednesday, April 22, 2015, at 9:00 A.M.

Please inform the Court that the State will be represented at the scheduled time by M. Scott Taliaferro.


Sincerely,
*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney
State Bar No. 00785584
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. (512) 854-4810
Scott.Taliaferro@traviscountytx.gov
AppellateTCDA@traviscountytx.gov


MST:vb


cc: Linda Icenhauer-Ramirez
    Attorney at Law
    ljir@aol.com

Criminal Justice Center • 509 West 11th Street • Austin, Texas 78701